

**ORDERED in the Southern District of Florida on July 11, 2023.**

_____
**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                Case No.: 23-15049-CLC
                                                                      Chapter 7

**Jorge Octavio Panduro Vargas,**

  **Debtor**                 /

### ORDER GRANTING APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE (ECF NO. 5)

**THIS MATTER** came before the Court upon the above-captioned debtor's (the "Debtor") *Application for Waiver of Chapter 7 Filing Fee* (the "Application") (ECF No. 5). The Court, having considered the Application and being fully advised in the premises, hereby **ORDERS** that:

1. The Application is **GRANTED**.

2. This Order is subject to being vacated in the future if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

                                                        ###

Copies Furnished To:

**Debtor**
Jorge Octavio Panduro Vargas
2651 NW 26 St #1202A
Miami, FL 33142

**Debtor's Counsel**
Jose Sabatier
4343 W Flagler Street #100
Miami, FL 33134
305-438-2466

**Trustee**
Scott N Brown
Scott N. Brown, Trustee
1 S.E. 3rd Avenue - #2410
Miami, FL 33131
305-379-7904

*The clerk of court shall serve a copy of this order upon all parties in interest.*