United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 23-15049-CLC
Jorge Octavio Panduro Vargas  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1    User: admin    Page 1 of 1
Date Rcvd: Jul 12, 2023    Form ID: pdf004    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge Octavio Panduro Vargas, 2651 NW 26 St #1202A, Miami, FL 33142-6588 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jose Sabatier | on behalf of Debtor Jorge Octavio Panduro Vargas jsabatier@legalservicesmiami.org |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Scott N Brown | sbrown@bastamron.com jarrechavala@bastamron.com;snbrown@ecf.axosfs.com;F003@ecfcbis.com |

TOTAL: 3



**ORDERED in the Southern District of Florida on July 11, 2023.**

*Corali Lopez-Castro*
**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                         Case No.: 23-15049-CLC
                                                               Chapter 7
Jorge Octavio Panduro Vargas,

  Debtor            /

### ORDER GRANTING APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE (ECF NO. 5)

**THIS MATTER** came before the Court upon the above-captioned debtor's (the "Debtor") *Application for Waiver of Chapter 7 Filing Fee* (the "Application") (ECF No. 5). The Court, having considered the Application and being fully advised in the premises, hereby **ORDERS** that:

1. The Application is **GRANTED**.

2. This Order is subject to being vacated in the future if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

###

Copies Furnished To:

**Debtor**
Jorge Octavio Panduro Vargas
2651 NW 26 St #1202A
Miami, FL 33142

**Debtor's Counsel**
Jose Sabatier
4343 W Flagler Street #100
Miami, FL 33134
305-438-2466

**Trustee**
Scott N Brown
Scott N. Brown, Trustee
1 S.E. 3rd Avenue - #2410
Miami, FL 33131
305-379-7904

*The clerk of court shall serve a copy of this order upon all parties in interest.*